UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE: )
 )
PENNY S. HUBER and ) No. 17-70455
and STEVE G. HUBER, ) Chapter 7
 )
 Debtors. )

# MOTION FOR TURNOVER ORDER

NOW COMES Jeffrey D. Richardson, Chapter 7 Trustee, and for his Motion respectfully states as follows:

1. The Debtors filed their voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on March 24, 2017.

2. I serve as the Debtors' Chapter 7 bankruptcy Trustee.

3. Steve Huber scheduled a structured personal injury settlement ("settlement") as monthly income rather than as an ownership interest in an annuity or similar policy.

4. The remaining value of the settlement is unknown.

5. Neither Debtor has claimed an exemption in any portion of the settlement.

6. The remaining value of the settlement is an asset of the estate.

7. The Debtor should be ordered to turn over documentation to establish the remaining value of the settlement as of the date of filing, and the remaining value of the settlement (subject to any validly claimed exemptions therein).

8. The Debtors also schedule ownership of at least five Land of Lincoln Credit Union ("LLCU") accounts, and claim no exemption(s) in the balances therein.

9. The Debtors should be ordered to turn over settlement documentation to establish

each account balance on the date of filing, and the value of each account at filing (subject to any validly claimed exemptions therein).

WHEREFORE, Jeffrey D. Richardson, Chapter 7 Trustee, respectfully prays that:

1.   This Court enter an order directing the Debtors to turn over documentation establishing the values of the personal injury settlement and all accounts on the date of filing; and

2.   Order the Debtors to turn over the value of the settlement and account balances on the date of filing (subject to any validly claimed exemptions therein).

/s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Chapter 7 Trustee
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL 62523
Telephone: 217/425-4082

## CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on May 22, 2017, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Mr. John L. GreenLeaf, Jr.

/s/ Jeffrey D. Richardson

## CERTIFICATE OF SERVICE

I certify that on May 22, 2017, at 5:00 p.m., I caused to be deposited a copy of the foregoing in a U.S. Post Office box at Millikin Court, 132 South Water Street, Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

Ms. Penny S. Huber          Mr. Steve G. Huber
3170 N. Westlawn Ave.       3170 N. Westlawn Ave.
Decatur, IL 62526           Decatur, IL 62526

/s/ Jeffrey D. Richardson