**United States Bankruptcy Court**
**Central District of Illinois**

In re: **Penny S Huber**
**Steve G Huber**
Debtor(s)

Case No. **17-70455**
Chapter **7**

# MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **March 24, 2017**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date **July 7, 2017**   Signature **/s/ Penny S Huber**
**Penny S Huber**
Debtor

Date **July 7, 2017**   Signature **/s/ Steve G Huber**
**Steve G Huber**
Joint Debtor

Attorney **/s/ John L. GreenLeaf, Jr.**
**John L. GreenLeaf, Jr. 3121761**

**GreenLeaf Law Office, Ltd.**
**2456 N. Main St.**
**Decatur, IL 62526**
**217.422.2771**
**Fax: 217.330.7975**
**GreenLeafLaw@comcast.net**