IT IS SO ORDERED.

SIGNED THIS: August 1, 2017

_____
**Mary P. Gorman**
**United States Chief Bankruptcy Judge**

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:   Penny S Huber                          Case No.   17-70455
         Steve G Huber

Debtors

## ORDER

The following having been filed:

1) Motion for Turnover filed by Jeffrey D. Richardson [Doc 14]

IT IS ORDERED THAT:

| Matter | Action |
| --- | --- |
| 1. | The motion is denied due to the conversion of the debtors' case to a case under Chapter 13 on August 1, 2017. |

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###