IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PENNY HUBER, and | ) | BK. NO. 17-70455 |
| STEVEN HUBER, | ) | CHAPTER 7 converted to |
| | ) | CHAPTER 13 |
| DEBTORS. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS

JOHN L. GREENLEAF, JR., Attorney at Law, as Attorney for PENNY HUBER and STEVEN HUBER, Debtors, moves this Court for additional time to file conversion documents and in support thereof, states:

1. This case was filed on March 24, 2017.
2. Debtors have recently moved out of town, to Florida, and GREENLEAF has been unable to gather the required signed documents.
3. GREENLEAF believes that an additional seven (7) days should be ample time to receive the documents from Debtors with wet signatures.

WHEREFORE, John L. GreenLeaf, Jr. prays this Court grant an extension of seven (7) days to file the conversion documents.

BY: JOHN L. GREENLEAF, JR., Attorney

/s/ John L. GreenLeaf, Jr.
JOHN L. GREENLEAF, JR.
2456 North Main Street
Decatur, IL 62526
Telephone: (217) 422-2771
Email: GreenLeafLaw@comcast.net