THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PENNY HUBER | ) | BK. NO. 17-70455 |
| STEVE HUBER | ) | |
| | ) | |
| DEBTOR(S). | ) | CHAPTER 13 |

## TRUSTEE'S MOTION TO CONVERT TO CHAPTER 7

Comes now John H. Germeraad, Chapter 13 Trustee, and files his Motion to Convert Case to Chapter 7, and shows the following:

1. The Debtors filed this case as a Chapter 7 on March 24, 2017.

2. The Debtors did not schedule and have not scheduled on Schedule B the right to receive lawsuit proceeds of $2,752 per month through June 1, 2032 (the monthly payment received was listed on Schedule I and Form 122C)

3. At the time of filing, they had 183 payments of $2,752 remaining, totaling $503,616.

4. At a 3% discount value, the payment stream was worth approximately $403,745 at the time of filing.

5. After the Chapter 7 Trustee sought to pursue the asset, the Debtors converted to Chapter 13.

6. The Debtors' first payment was due 30 months after the August 1, 2017 date of conversion, meaning August 31, 2017.

7. It is now September 15, 2017 and the Debtors have made no payment.

8. The Trustee intends to withdraw the Motion to Dismiss because Conversion would be in the best interest of the creditors.

9. Even if the Debtors become current, the Trustee believes there should be a default Order entered, wherein the Trustee can submit a Notice of Default to which the Debtors should be given 20 days to respond or their case would automatically be converted.

WHEREFORE, the Trustee prays that the Court convert the Debtors' case back to Chapter 7.

                            Respectfully submitted,

                            John H Germeraad, Trustee

                            <u>By: /s/ Ken Siomos</u>
                            Ken Siomos, Staff Attorney

<u>Certificate of Service</u>

The undersigned certifies that a copy of this pleading was served as set forth below, from Springfield, Illinois, on September 15, 2017 to the following:

By Electronic Transmission

United States Trustee

John L. Greenleaf, Jr.

By First Class Mail

Penny and Steve Huber
3751 Derby Dr #705
Palm Harbor, FL 34684


                                          <u>/s/ Ken Siomos</u>

JOHN H. GERMERAAD
Chapter 13 Trustee
Post Office Box 9768
Springfield, IL 62791
(217) 670-1741