# CHAPTER 13 CONFIRMATION REPORT

Debtor Name: Penny Huber

Case No. 17-70455

Steve Huber

Attorney for Debtor present: Yes

Appearances at First Meeting: None

**Trustees Recommendation:**

☐ Confirm _____ Plan as filed: Enter text order if no creditor objections are filed

☐ Confirm _____ Plan with the following changes: Increase the plan payments to

✓ Amended Plan to be filed within 28 days.

☐ Request for Confirmation Hearing because _____

☐ Request Valuation Hearing

✓ Other: 28 days for any Amended Schedules, missing tax returns, filing date bank statements and closing statement on home

/s/ John H. Germeraad

John H. Germeraad, Chapter 13 Trustee

Date: 09/21/2017

Attorney for Debtor(s) or Debtor(s)

Date: _____