# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

In re:  PENNY S. HUBER  
       STEVE G. HUBER  
              Debtor(s)

Case No.:  17-70455

Judge: Mary P. Gorman

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marsha L. Combs-Skinner, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  03/24/2017  and was converted to chapter  13  on  08/01/2017.
2) The plan was confirmed on  03/06/2018.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  03/01/2019, 01/13/2022, 01/13/2022.
5) The case was completed on  08/09/2022.
6) Number of months from filing or conversion to last payment:  60.
7) Number of months case was pending:  62.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  NA.
10) Amount of unsecured claims discharged without full payment:  16,168.33.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor: | $41,944.87 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $41,944.87 |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through The Plan: | $3,000.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $4,580.61 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $7,580.61 |
| Attorney fees paid and disclosed by debtor: | $800.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ADMIRALS BANK | Secured | 9,293.00 | 9,162.55 | .00 | .00 | .00 |
| CAPITAL ONE, N.A. | Unsecured | 1,645.38 | 1,852.33 | 1,852.33 | 1,852.33 | .00 |
| CAROL CUNNINGHAM DDS | Unsecured | 2,233.00 | NA | NA | .00 | .00 |
| CATHERINE'S | Unsecured | 1,201.34 | NA | NA | .00 | .00 |
| CHASE BANK USA NA | Unsecured | 4,045.97 | NA | NA | .00 | .00 |
| CHILDRENS PLACE | Unsecured | 203.79 | NA | NA | .00 | .00 |
| CITIBANK, N.A. | Unsecured | 1,228.21 | 1,277.34 | 1,277.34 | 1,277.34 | .00 |
| FIFTH THIRD BANK | Secured | 9,643.73 | 8,779.04 | 1,427.60 | 1,427.60 | .00 |
| LAND OF LINCOLN CREDIT UNION | Secured | 8,238.57 | NA | NA | .00 | .00 |
| LAND OF LINCOLN CREDIT UNION | Unsecured | 5,044.32 | NA | NA | .00 | .00 |
| LAND OF LINCOLN CREDIT UNION | Unsecured | 700.00 | NA | NA | .00 | .00 |
| MARSHA L COMBS-SKINNER | Admin | NA | .00 | .00 | .00 | .00 |
| PNC BANK N.A. | Unsecured | 1,526.08 | 1,574.87 | 1,574.87 | 1,574.87 | .00 |

# UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

In re: PENNY S. HUBER  
STEVE G. HUBER  
Debtor(s)

Case No.: 17-70455

Judge: Mary P. Gorman

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 1,300.00 | 339.85 | 339.85 | 339.85 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | NA | 674.08 | 674.08 | 674.08 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | NA | 725.04 | 725.04 | 725.04 | .00 |
| PYOD, LLC | Unsecured | 173.00 | 172.93 | 172.93 | 172.93 | .00 |
| PYOD, LLC | Unsecured | NA | 32.25 | 32.25 | 32.25 | .00 |
| REGIONS MORTGAGE | Secured | 50,360.00 | NA | NA | .00 | .00 |
| SALLIE MAE | Unsecured | 4,084.33 | 4,234.22 | 4,234.22 | 4,234.22 | .00 |
| SALLIE MAE | Unsecured | NA | 4,045.85 | 4,045.85 | 4,045.85 | .00 |
| SEARS/CBSD | Unsecured | 1,647.91 | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | 1,522.16 | 1,104.68 | 1,104.68 | 1,104.68 | .00 |
| UNITED EQUITY CREDIT UNION | Secured | 652.23 | 566.94 | 566.94 | 566.94 | 40.95 |
| UNITED EQUITY CREDIT UNION | Unsecured | NA | 7,795.33 | 7,795.33 | 7,795.33 | .00 |
| UNITED EQUITY CREDIT UNION | Unsecured | 567.00 | NA | NA | .00 | .00 |
| UNITED GUARANTY COMM INS CO OF I | Unsecured | 8,600.00 | 8,500.00 | 8,500.00 | 8,500.00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

In re: PENNY S. HUBER  
STEVE G. HUBER  
Debtor(s)

Case No.: 17-70455  
Judge: Mary P. Gorman

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VON MAUR | Unsecured | 525.00 | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 1,994.54 | 1,994.54 | 40.95 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 1,994.54 | 1,994.54 | 40.95 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 32,328.77 | 32,328.77 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $7,580.61 |
| Disbursements to Creditors: | $34,364.26 |
| **TOTAL DISBURSEMENTS:** | $41,944.87 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 10/21/2022        By: /s/Marsha L. Combs-Skinner  
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.